

FILED
2010 DEC 14 P 5: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80 316 MISC
VRW

William G Panzer - #128684

_____ /

**ORDER TO SHOW CAUSE**

It appearing that William G Panzer has been suspended for not passing the Professional Responsibility Exam by the State Bar Court effective November 27, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before January 28, 2011 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

William G Panzer
Attorney At Law
370 Grand Ave #3
Oakland, CA 94610

