FILED

FEB 15 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80316 MISC VRW

William G Panzer,
                                     ORDER
    State Bar No 128684

_____/

        On December 14, 2010, the court issued an order to show cause (OSC) why William G Panzer should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar of California for failure to pass the professional responsibility exam, effective November 27, 2010.

        The OSC was mailed to Mr Panzer's address of record with the State Bar on December 16, 2010.  Mr Panzer filed a response on January 3, 2011, advising the court of his active status as of December 16, 2010.

        The OSC is therefore discharged.  The clerk is directed to close the file.

        IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

William G Panzer,

Case Number: CV10-80316 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William G Panzer
370 Grand Ave #3
Oakland, CA 94610


Dated: February 15, 2011

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*